1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
4  Los Angeles, California  90013
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   BED BATH & BEYOND INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  SHELBY BENNETT, an individual, on behalf of herself and all others similarly situated,<br>13<br>         Plaintiffs,<br>14<br>     v.<br>15<br>BED BATH & BEYOND, INC., a New York corporation, and DOES 1 through 50, inclusive,<br>16<br>17         Defendants. | Case No. 3:11-cv-02220-JCS CRB<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Joseph C. Spero<br><br>Complaint Filed: March 4, 2011 |

18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Shelby Bennett ("Plaintiff") and Defendant Bed Bath & Beyond Inc. ("BBB"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 4, 2011, and served BBB with the Complaint on or about April 8, 2011;

WHEREAS, BBB filed a Notice of Removal to remove the action to this Court on May 6, 2011;

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(C), BBB's deadline to respond to the Complaint is May 13, 2011;

WHEREAS, Plaintiff intends to file an Amended Complaint on or before May 20, 2011;

WHEREAS, BBB does not object to Plaintiff's filing of an Amended Complaint and, by electing not to object, BBB does not waive any defenses it may have to the Amended Complaint;

WHEREAS, good cause exists for an extension of BBB's deadline to respond to the Amended Complaint because BBB requires sufficient time to investigate the factual bases of Plaintiff's amended claims;

WHEREAS, the extension of time for BBB to answer or otherwise respond to the Amended Complaint will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. Plaintiff shall file an Amended Complaint on or before May 20, 2011; and
2. BBB shall have thirty (30) days from the filing date of Plaintiff's Amended Complaint to answer or otherwise respond to the Amended Complaint.

| | |
|---|---|
| Dated: May 11, 2011 | DAVID F. MCDOWELL<br>PURVI G. PATEL<br>MORRISON & FOERSTER LLP |
| | By: /s/ Purvi G. Patel<br>Purvi G. Patel<br>*Attorneys for Defendant*<br>*Bed Bath & Beyond Inc.* |
| Dated: May 11, 2011 | GENE J. STONEBARGER<br>RICHARD D. LAMBERT<br>STONEBARGER LAW |
| | By: /s/ Gene J. Stonebarger<br>Gene J. Stonebarger<br>*Attorneys for Plaintiff*<br>*Shelby Bennett, an individual, on*<br>*behalf of herself and all others*<br>*similarly situated* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 7, 2011   By: _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

# ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT.** In accordance with General Order 45 X.B, concurrence in the filing of this document has been obtained from Gene J. Stonebarger, counsel for Plaintiff, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: May 11, 2011

DAVID F. MCDOWELL
PURVI G. PATEL
MORRISON & FOERSTER LLP

By: /s/ Purvi G. Patel
Purvi G. Patel

*Attorneys for Defendant*
*Bed Bath & Beyond Inc.*